

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 17, 2024

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Street
New York, NY 10007-1312

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 18, 2024

Re:   *United States v. Stiles*, 23 Cr. 098 (RA)

Dear Judge Abrams:

The Government writes respectfully to request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney as counsel of record in the above-captioned case. I am departing the U.S. Attorney's Office for other employment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Alex Rossmiller
Assistant United States Attorney
(212) 637-2415

Cc:   All counsel (via ECF)